UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:13-MJ-1220-1BO

**FILED**

DEC 1 3 2013

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | **ORDER** |
| | ) | |
| LEVI ALLEN WATERS | ) | |

For good cause shown, the Defendant's unopposed motion for Return of License is hereby granted and the Clerk is directed to mail the defendant's license to the attorney of record.

This the _12_ day of December, 2013.

_____
TERRENCE W. BOYLE
United States District Judge